AARON OGDEN v. LOOE BAKER.

A petition, praying for the removal of a cause from this court into the Circuit Court of the United States, must be accompanied with an affidavit, or other verification of the facts, stated therein.

The defendant having been sued by process, returnable to the present term, *Williamson* on his behalf, presented to the court a petition, stating, that he is, and was at the commencement of the suit, a citizen of the state of New-York, and pray for the removal of the cause into the Circuit Court of the United States. He produced, also, a bond as prescribed by the act of Congress.

The Court called for an affidavit, or other verification of the facts, stated in the petition, and referred, in order to shew the practice, to the following cases, in all of which, an affidavit accompanied the petition: *Respublica* v. *Cobbet,* 3 *Dallas,* 467; *Rush* v. *Cobbet,* 2 *Yeates,* 275; *Corp* v. *Vermilye,* 3 *John. Rep.* 145; *North River Company* v. *Hoffman,* 5 *John. C. R.* 300; *Johnson* v. *Gelston, Penn.* 625.

At another day, an affidavit was read, and the prayer of the petition was granted.